Floyd W. Bybee, #012651
**FLOYD W. BYBEE, PLLC**
2473 S. Higley Road
Suite 104, #308
Gilbert, Arizona 85297
Office: (480) 756-8822
Fax: (480) 756-8882
floyd@bybeelaw.com
Attorney for Plaintiff

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| **David A. Nelson,** | No. CV 06-0999-PHX-MHM |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **National Action Financial Services, Inc.,** | |
| Defendant. | |

Plaintiff and Defendant hereby stipulate to dismiss this action with prejudice, each party to bear its own attorney's fees and costs incurred herein.

Counsel for Defendant has authorized Plaintiff's counsel to electronically sign this stipulation on her behalf.

DATED  May 18, 2007 .

  s/ Floyd W. Bybee                        s/ LeslieAnn Haacke
Floyd W. Bybee, #012651         LeslieAnn Haacke
**FLOYD W. BYBEE, PLLC**        **JENNINGS, STROUSS &**
2473 S. Higley Road             **SALMON, P.L.C.**
Suite 104, #308                 The Collier Center, 11th Floor
Gilbert, Arizona 85297          201 E. Washington Street
                                Phoenix, Arizona 85004-2385
Attorney for Plaintiff          Attorney for Defendant