# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| **David A. Nelson,**<br><br>    Plaintiff,<br><br>v.<br><br>**National Action Financial Services, Inc.,**<br><br>    Defendant. | No. CV 06-999-PHX-MHM<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant to the stipulation of Plaintiff and Defendant, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice, each party to bear its own attorney's fees and costs.

DATED this 21st day of May, 2007.

_____
Mary H. Murguia
United States District Judge